# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
(212) 696-9111--- Office
(917) 238-0880---Mobile
scott@leemonlaw.com
www.leemonlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/20

---

November 5, 2020

Via ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v FNU LNU-1 (Mai-Hua Huang),
S1 10 CR 878 (KMW)

Dear Judge Wood:

In connection with the above referenced matter, this court, on a motion by the Government, Ordered the case against Ms. Huang be closed and dismissed, nolle prosequi. This Order was entered on February 6, 2012 (DE 316, attached as Exhibit A).

I write because when reviewing the actual Order issued by the court in 2012, I realized that it does not actually contain Ms. Huang's name. As a result, when Ms. Huang met with Immigration Officials in connection with her citizenship application, they apparently and mistakenly thought her case was still open.

As such, I am respectfully requesting the court issue a "new order", *nunc pro tunc*, including her name. This will help clarify any issues with the Immigration Department concerning this case.

Thank you for your considerations.

Very truly yours,

/s/
Scott Leemon

Enclosure

cc: US Attorney's Office (via ecf)

*The parties shall submit a new proposed order for the Court's signature*

SO ORDERED: N.Y., N.Y. 11/5/20

_____
KIMBA M. WOOD
U.S.D.J.