```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/20
```

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**UNITED STATES OF AMERICA**

    -against-

FNU LNU-1,
**MEI-HUA HUANG**
A/K/A "NA-KYUNG'S DRIVER"

------------------------------------------------------------x

S-1 10-CR-878 (KMW)

**ORDER**

**WOOD, KIMBA M:**

On February 6, 2012, this Court issued the annexed Order (Docket Entry 316) granting the Government's motion to **Nolle Prosequi** the charges against FNU LNU-1 (**MEI-HUA HUANG**). As a result, the charges against Ms. Huang were dismissed and the case was terminated on February 6, 2012.

**SO ORDERED:**

November 9, 2020
New York, NY

*Kimba M. Wood*

**Honorable Kimba M. Wood**
**United States District Judge**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :    NOLLE PROSEQUI

              -v.-                :    S1 10 Cr. 878 (KMW)

FNU LNU 1,                        :
  a/k/a "Na-Kyung's Driver"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - x
```

1. The filing of this nolle prosequi will dispose of this case in its entirety.

2. On November 9, 2010, Indictment S1 10 Cr. 878 (KMW) (the "Indictment") was filed, charging FNU LNU, a/k/a "Na-Kyung's Driver," the defendant, in one count of conspiracy to transport individuals across state lines for the purpose of prostitution, and to persuade, induce, entice and coerce individuals to cross state lines for the purpose of prostitution, in violation of Title 18, United States Code, Section 371.

3. On July 13, 2010, FNU LNU, a/k/a "Na-Kyung's Driver," the defendant, and the Government entered into a Deferred Prosecution Agreement pursuant to which no further prosecution would be instituted in this District for the above offense if FNU LNU complied with the terms of the Agreement for a period of six months, after which the Government would seek to dismiss the charges in the Indictment.

4. In accordance with the Deferred Prosecution Agreement, the terms of which have been satisfied, the Government

has determined not to proceed with the prosecution of FNU LNU, a/k/a "Na-Kyung's Driver," the defendant.

5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to FNU LNU, a/k/a "Na-Kyung's Driver," the defendant, with respect to Indictment S1 10 Cr. 878 (KMW).

                                                _____
                                                DANIEL S. GOLDMAN
                                                Assistant United States Attorney
                                                (212) 637-2289

Dated:    New York, New York
              _____, 2012

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to FNU LNU, a/k/a "Na-Kyung's Driver," the defendant, with respect to Indictment S1 10 Cr. 878 (KMW).

                                                          PREET BHARARA
                                                          United States Attorney
                                                          Southern District of New York

Dated:    New York, New York
           February 2, 2012

SO ORDERED:

                                                          HONORABLE KIMBA M. WOOD
                                                          United States District Judge
                                                           Southern District of New York

Dated:    New York, New York
           Feb. 6, 2012